IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAMERON WILKERSON, AIS 312444, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:25-CV-06-WKW [WO] |
| KILBY DEP. OF CORRECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Plaintiff, an inmate at Kilby Correctional Facility, filed this action under 42 U.S.C. § 1983. He also filed a motion seeking leave to proceed *in forma pauperis* but failed to submit the required information regarding his inmate account. As a result, he was ordered to submit an inmate account statement by January 22, 2025, and warned that a failure to comply would ultimately result in dismissal. (*See* Doc. # 2.) The January 22 deadline has passed, and Plaintiff has failed to respond to the court's Order.

Based on Plaintiff's failure to comply with the court's Order, this action will be dismissed without prejudice. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (providing that "dismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion") (citations

omitted). The authority of courts to impose sanctions for failure to prosecute or obey an order is longstanding and acknowledged by Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R. Co.*, 370 U.S. 626, 629–30 (1962). This authority "is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* It further empowers the courts "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Id.* at 630–31. In this case, the court finds that sanctions lesser than dismissal would not suffice. *See Mingo v. Sugar Cane Growers Co-Op of Fla.*, 864 F.2d 101, 102 (11th Cir. 1989).

Accordingly, it is ORDERED that this action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 13th day of March, 2025.

                                               /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE